[No. 22666-9-II.    Division Two.    September 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE JAMES KLINKE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00217-3, James E. Warme, J., entered November 6, 1997. *Affirmed* by unpublished opinion per

Armstrong, A.C.J., concurred in by Morgan and Houghton, JJ.